UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-23266-TURNOFF

ERICK M. GUZMAN,

      Plaintiff,

v.

                                 **CONSENT**

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,

      Defendant.
_____/

**ORDER UPON NOTICE OF SETTLEMENT**

      **THIS CAUSE** is before the Court upon a Notice of Settlement filed by Plaintiff Erick M. Guzman, on December 10, 2015, indicating that the parties have reached a settlement in this case resolving the outstanding issues arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. (ECF No. 32). Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

      Pursuant to § 216(b) of the FLSA, employees may settle their claims under the FLSA, if the court approves the proposed settlement. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Toward this end, the parties are hereby notified that all papers related to the settlement, including any proposed Order of Dismissal stating specific terms and conditions, must be received by this Court by the close of business on **December 21, 2015**. Non-compliance may result in a dismissal or a judgment in the action without further notice.

      All pending motions are **DEEMED MOOT**, and the Clerk is directed to mark this case as **ADMINISTRATIVELY CLOSED**.

      **DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of December 2015.

                                                        **WILLIAM C. TURNOFF**
                                                        **United States Magistrate Judge**

cc: Hon. Darrin P. Gayles
    All counsel of record