UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-23266-TURNOFF

ERICK M. GUZMAN,

    Plaintiff,

v.

**CONSENT**

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal, filed on December 31, 2015. (ECF No. 34). The Court has reviewed the Stipulation, the court file, and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that, pursuant to the above noted Stipulation, this action is **DISMISSED WITH PREJUDICE**. All pending matters are Deemed Moot. Each party is to bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of January 2016.

_____
**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc:  All counsel of record